No. 10–9533. BROWN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–9537. ALEXANDER v. GRAMS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–9538. BRADLEY v. CHANDLER ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–9542. DANIELS v. BALLY'S ATLANTIC CITY ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 10–9547. SMITH v. FAIRVIEW RIDGES HOSPITAL. C. A. 8th Cir. Certiorari denied.

No. 10–9549. SMITH v. WASHINGTON STATE REFORMATORY CORRECTIONAL COMPLEX ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–9556. DREW v. MANPOWER OF SOUTHERN NEVADA ET AL. Sup. Ct. Nev. Certiorari denied.

No. 10–9558. WILLIAMS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–9567. BRADLEY v. HARRIET ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–9572. HEINONEN v. SCOTT. App. Ct. Conn. Certiorari denied.

No. 10–9576. RAHEEM v. HALL, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 10–9578. SIMON v. GEORGIA ET AL. Ct. App. Ga. Certiorari denied.

No. 10–9579. SANFORD v. MASON ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–9586. HAMILTON v. TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 10–9587. FLINN v. CORBITT ET AL. C. A. 6th Cir. Certiorari denied.